## STATEMENT OF FACTS

On Saturday, May 18, 2019 at approximately 10:00 p.m., members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (CST) observed several individuals congregating inside the entryway of 1540 Butler Street Southeast, an apartment building in Washington, DC. Officers got out of their vehicles and walked toward the building. As the officers approached the building, they observed everyone inside of the building begin to exit, except for one individual, later identified as Reginald Carroll (Defendant Carroll).

Officer Olivo observed Defendant Carroll head up the stairway in the building to the second floor. As Officer Olivo was reaching the second floor landing, he was able to see Defendant Carroll's right arm extended and holding a firearm. Defendant Carroll dropped the firearm in a brick alcove in the middle of a wall on the second floor landing, causing a metallic sound as the firearm struck the brick. Officer Olivo immediately secured Defendant Carroll and was assisted by other officers in placing Defendant Carroll under arrest.

The firearm was determined to be a black in color, Bersa Thunder 9 Pro 9mm handgun, with a serial number of A28249, loaded with one (1) round in the chamber and ten (10) rounds in a seventeen (17) round capacity magazine.

A criminal history check of Defendant Carroll through the National Crime Information Center confirmed that the defendant has prior felony convictions in Arlington County Virginia, Criminal Case No. VA1196978, an Aggravated Assault conviction with a disposition date of 09/06/2018 and CR16000452-00, a conviction for Malicious Wounding and Displaying a Dangerous Weapon – Gun with a disposition date of 05/05/2016. These crimes are punishable by more than one year in prison in the Commonwealth of Virginia. There are no firearms manufactured in the District of Columbia.

OFFICER VINCENT ALTIERE
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF MAY, 2019

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE